# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRYAN RAPOZO, a California Corporation,

Plaintiff,

vs.

FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendant.

Case No.: 2:25-cv-00739-TLN-AC

*Assigned to the Chief District Judge Troy L. Nunley*
*Referred to Magistrate Judge Allison Claire*

**ORDER GRANTING REQUEST TO CONTINUE DIMSISSAL DEADLINE**

Action removed: March 3, 2025

- 1 -

ORDER

**ORDER**

The Court, having considered the Request to the Court to Continue Dismissal Date of Action, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Request to continue the dismissal deadline is **GRANTED**; and

2. Date of dismissal and the deadline to hear Plaintiff's Motion with the Court to resolve Fees, regarding this matter by sixty (60) days from the dismissal deadline to July 27, 2026.

IT IS SO ORDERED.

Dated: June 1, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -

ORDER