**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN RAPOZO, an individual,<br><br>Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendant. | Case number: 2:25-cv-00739-TLN-AC<br><br>**STIPULATION AND ORDER TO REOPEN THE ACTION**<br><br>Complaint Filed: January 21, 2025 |

Based on the Joint Stipulation and good cause appearing therefore, the joint stipulation is hereby approved and is hereby ORDERED reopened to complete settlement and resolve the issue of attorney's fees and costs.

**IT IS SO ORDERED.**

**Date:** August 14, 2026

Troy L. Nunley
Chief United States District Judge